CAUSE NO. DC13-14164

| IN THE NAME OF | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| | § | |
| | § | |
| | § | |
| CARSON DUNLAP, | § | DALLAS COUNTY, TEXAS |
| | § | |
| | § | |
| | § | |
| PETITIONER | § | 160TH JUDICIAL DISTRICT |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/3/2014 9:48:26 AM
LISA MATZ
Clerk

## ORDER TO VACATE AND MEDIATE

On this day the Court, reviewed the Order of the Court of Appeals opinion issuing a conditional granting of the petition for writ of mandamus.

IT IS THEREFORE ORDERED that the February 7, 2014 Order on Petition to Investigate Potential Claim or Suit is hereby VACATED and is of no force and effect.

Signed this 2nd day of April, 2014.

Phyllis Lister Brown
Judge, 162nd District Court

cc: Counsel of Record

STATE OF TEXAS
COUNTY OF DALLAS }

GARY FITZSIMMONS, Clerk of the District of Dallas County,
Texas, do hereby certify that I have compared this instrument
to be a true and correct copy of the original as appears of
record in my office.

GIVEN UNDER MY HAND AND SEAL of said Court, at office
Dallas, Texas, this 2nd day of Jan. A.D., 2014.

GARY FITZSIMMONS DISTRICT CLERK
DALLAS COUNTY, TEXAS

By _____ Deputy